**Joseph A. Ruta** (N.J. Bar No. *049481992*)
Gregory Byrnes (N.J. Bar No. 316122020)
ANDERSON LAW
104 W 27th Street, 11th Floor
New York, NY 10001
jruta@lawnynj.com
Gregory@andersonlaw.nyc
*Local Counsel for Plaintiffs*

F. Skip Sugarman (pro hac vice forthcoming)
skip@sugarman-law.com
Sophie Degani (pro hac vice forthcoming)
sophie@sugarman-law.com
Jadyn Taylor Dixon (pro hac vice forthcoming)
jadyn@sugarman-law.com
SUGARMAN LAW, LLP
154 Krog Street NE, Ste. 190
Atlanta, GA 30307
(404) 495-4811
*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**NEWARK VICINAGE**

| | |
|---|---|
| STEPHEN VERSKA; KIMBERLY VERSKA; SOPHIA VERSKA; DAVID VERSKA; SHARKDIVER CONSULTING, INC.; and ANDREW ZIFFER,<br><br>Plaintiffs,<br><br>v.<br><br>MARCELLO FOLLANO,<br><br>Defendant. | CIVIL ACTION NO. 2:26-cv-11367 |

# AFFIDAVIT OF GREGORY BYRNES

Personally appeared before the undersigned officer duly authorized to administer oaths, came Gregory Byrnes, who, being first duly sworn deposes and states as follows:

1. My name is Gregory Byrnes. I am over the age of eighteen and competent to testify to the matters set forth herein. I am an attorney licensed to practice law in the State of New Jersey.

2. I am an attorney with Anderson Law, counsel for Plaintiffs in the above-captioned action. I am familiar with the facts and procedural history of this matter and make this affidavit based upon my personal knowledge and review of the Court's docket.

3. Plaintiffs commenced the action by filing their Complaint on September 2, 2026. (Dkt. 1)

4. Defendant was duly served with the Summons and Complaint on September 16, 2026. An affidavit of service was filed with the Court on September 23, 2026. (Dkt. 6).

5. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendant was required to answer or otherwise respond to the Complaint within twenty-one (21) days of service, or by October 7, 2026.

6. Defendant's deadline to answer or otherwise respond to the Complaint has expired. As of the date of this Affidavit, Defendant has failed to file an answer, motion, or other responsive pleasing and has otherwise failed to defend this action.

7. No extension of Defendant's deadline to answer or otherwise respond has been granted by the Court, and Plaintiffs have not agreed to any extension of that deadline.

8. Accordingly, Defendant has failed to plead or otherwise defend as required by the Federal Rules of Civil Procedure, and Plaintiffs are entitled to and entry of default pursuant to Federal Rule of Civil Procedure 55(a).

Further Affiant sayeth not.

Gregory Byrnes

Sworn to and subscribed before me
this 15th day of October, 2026.

Notary Public

SAMUEL CALDARONE
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02CA0032777
Qualified in KINGS County
Commission Expires 1/9/2029