Matthew E. Frisch, Esq. (077482014)
**PASHMAN STEIN WALDER HAYDEN, P.C.**
Court Plaza South
21 Main Street, Suite 200
Hackensack, New Jersey 07601
(201) 488-8200
mfrisch@pashmanstein.com
***Attorneys for Defendant Marcello Follano***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**NEWARK VICINAGE**

| | |
|---|---|
| STEPHEN VERSKA; KIMBERLY VERSKA; SOPHIA VERSKA; DAVID VERSKA; SHARKDIVER CONSULTING, INC.; and ANDREW ZIFFER,<br><br>Plaintiffs,<br><br>v.<br><br>MARCELLO FOLLANO,<br><br>Defendant. | Civil Action No. 2:26-cv-11367<br><br>**NOTICE OF APPEARANCE OF MATTHEW E. FRISCH, ESQ.** |

Please note my appearance in the above-captioned action as counsel for Defendant, MARCELLO FOLLANO, and further note that a copy of all papers in this action are to be served upon me at the above address and via email, if available, mfrisch@pashmanstein.com and my assistant, vostrer@pashmanstein.com.

Dated: November 3, 2026

**PASHMAN STEIN WALDER HAYDEN, P.C.**
*Attorneys for Defendant Marcello Follano*

Matthew E. Frisch, Esq.