PashmanStein WalderHayden
A Professional Corporation

**Matthew E. Frisch**
Partner
Court Plaza South, East Wing
21 Main Street, Suite 200
Hackensack, NJ 07601
Direct: 201.270.4918
Fax: 201.488.5556
mfrisch@pashmanstein.com

November 3, 2025

***Via ECF***
Honorable Judge Leo M Gordon, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

***Re: Stephen Verska, et al. v. Marcello Follano***
***Civil Action No. 2:26-cv-11367***

Dear Judge Leo:

This firm represents Defendant Marcello Follano in the above-referenced action. We write to request an adjournment of the motion to enter default against our client, currently returnable before Your Honor on November 16, 2026, for one motion cycle to give our office the opportunity to review this matter and file the appropriate pleadings without the necessity of wasting the Court's time. We have requested consent from Plaintiffs' counsel, but as of the date and time of this letter, we have not received a response.

Thank you, Your Honor, for your consideration.

Respectfully,
PASHMAN STEIN WALDER HAYDEN, P.C.

Matthew E. Frisch

cc: All counsel of record (via ECF)