PashmanStein WalderHayden
A Professional Corporation

**Matthew E. Frisch**
Partner
Court Plaza South, East Wing
21 Main Street, Suite 200
Hackensack, NJ 07601
Direct: 201.270.4918
Fax: 201.488.5556
mfrisch@pashmanstein.com

November 5, 2025

**Via ECF**
Honorable Judge Leo M Gordon, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

***Re: Stephen Verska, et al. v. Marcello Follano***
***Civil Action No. 2:26-cv-11367***

Dear Judge Gordon:

This firm represents Defendant Marcello Follano in the above-referenced action.

The parties met and conferred, and to avoid the necessity of a motion for an extension of time, the parties agree to the following schedule for the pending motion for default judgment returnable before Your Honor on November 16, 2026: (1) Defendant shall file his opposition by Thursday, November 12, 2026; (2) Plaintiffs will file their reply by Friday, November 13, 2026; and (3) the Motion will remain returnable on Monday, November 16, 2026. At the Court's request, we can submit a proposed Consent Order reflecting the agreed-upon deadlines above.

Thank you, Your Honor, for your consideration.

Respectfully,
P[illegible]N STEIN WALDER HAYDEN, P.C.

Matthew E. Frisch
cc: All counsel of record (via ECF)